# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4042

_____

SCOTTIE BRUCE HEGGS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 23, 2019

PER CURIAM.

Upon review pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), we find no reversible error and affirm Appellant's judgment and sentence. We write only to correct two scrivener's errors in the judgment. *See Ashley v. State,* 850 So. 2d 1265, 1268 n. 3 (Fla. 2003) (defining a scrivener's error as a written clerical error that is not "the result of a judicial determination or error"). Appellant's written judgment reflects that possession of a firearm by a convicted felon is a third-degree felony. However, possession of a firearm by a convicted felon is a second-degree felony. § 790.23(3), Fla. Stat. (2016). On remand, the trial court shall correct the judgment to reflect Appellant's conviction of a second-degree felony. Additionally, the trial court orally imposed a $50 fee for the public defender application.

However, the written judgment includes a $100 fee. On remand, the trial court shall correct the judgment to reflect a $50 public defender application fee. *See Skinner v. State*, 155 So. 3d 497, 497 (Fla. 5th DCA 2015).

Judgment AFFIRMED, and cause REMANDED for correction of scrivener's errors.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee; and Scottie Bruce Heggs, pro se, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.